UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 2:22-cr-42-SPC-KCD

MANUEL ALFREDO
DICKERSON COPLAND

## PRELIMINARY ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 117). Because a jury found Defendant guilty of Counts One through Five of the Superseding Indictment (Doc. 58), the Government now seeks a preliminary order forfeiting his interest in the following assets:

   a.  a Glock 22 pistol, serial number VMD 878

   b.  a Glock 43 pistol, serial number BRSZ358

   c.  a Glock 19 pistol, serial number AEKZ247

   d.  approximately four rounds of 10mm ammunition

   e.  approximately twenty-seven rounds of 9mm ammunition

   f.  approximately twenty rounds of .40 caliber ammunition

   g.  approximately seven rounds of 5.7 x 28 mm ammunition

   h.  a 2020 White Toyota Tacoma, Vehicle Identification Number 3TMAZ5CN3LM116339, registered to Defendant

*See* 18 U.S.C. § 924(d)(1), 21 U.S.C § 853, 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2). In so moving, the Government has connected the above assets to

the adjudicated offenses. The Court thus finds the United States is entitled to possession of the above assets.

Accordingly, it is

**ORDERED**:

1. The United States' Motion for Preliminary Order of Forfeiture (Doc. (Doc. 117) is **GRANTED**.

2. Defendant's interests in the following assets are **CONDEMNED** and **FORFEITED** to the United States for disposition per 21 U.S.C. § 853(n), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2):

    a. a Glock 22 pistol, serial number VMD 878

    b. a Glock 43 pistol, serial number BRSZ358

    c. a Glock 19 pistol, serial number AEKZ247

    d. approximately four rounds of 10mm ammunition

    e. approximately twenty-seven rounds of 9mm ammunition

    f. approximately twenty rounds of .40 caliber ammunition

    g. approximately seven rounds of 5.7 x 28 mm ammunition

    h. a 2020 White Toyota Tacoma, Vehicle Identification Number 3TMAZ5CN3LM116339.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on September 25, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record