UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:22-cr-42-SPC-KCD

MANUEL ALFREDO
DICKERSON COPLAND
_____

# FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 136). The Government is seeking a final order of forfeiture forfeiting the defendant's interest in the following "Assets", which were subject to the court's September 19, 2023 Preliminary Order of Forfeiture (Doc. 119):

- a. Glock 43 pistol, serial number BRSZ358.
- b. a Glock 19 pistol, serial number AEKZ247.
- c. approximately four rounds of 10mm ammunition.
- d. approximately twenty-seven rounds of 9mm ammunition.
- e. approximately twenty rounds of .40 caliber ammunition.
- f. approximately seven rounds of 5.7 x 28 mm ammunition.
- g. a 2020 White Toyota Tacoma, Vehicle Identification Number 3TMAZ5CN3LM116339, registered to Manuel Alfredo Dickerson Copland

Although the Government gave proper notice, no third parties have petitioned for the "Assets", and the time to do so has expired. The Court thus finds all right, title, and interest in the "Assets" shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 136) is **GRANTED**.

1. Defendant's interest in the following "Assets" **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2):

    a. Glock 43 pistol, serial number BRSZ358.

    b. a Glock 19 pistol, serial number AEKZ247.

    c. approximately four rounds of 10mm ammunition.

    d. approximately twenty-seven rounds of 9mm ammunition.

    e. approximately twenty rounds of .40 caliber ammunition.

    f. approximately seven rounds of 5.7 x 28 mm ammunition.

    g. a 2020 White Toyota Tacoma, Vehicle Identification Number 3TMAZ5CN3LM116339, registered to Manuel Alfredo Dickerson Copland

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on December 22, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

3